Patrick Patton
Salish Sea Law Group
4700 42nd Avenue SW, Suite 580
Seattle, WA 98116
(206) 972-5297 – Office
(206) 770-6238 – Facsimile
patrick@salishsealawgroup.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| JUAN ALBERTO CASTANEDA MIRANDA,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. DRUG ENFORCEMENT ADMINISTRATION, a U.S. government agency; U.S. FEDERAL BUREAU OF INVESTIGATION, a U.S. government agency; and U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, a U.S. government agency,<br><br>    Defendants. | FILE NO.<br><br>COMPLAINT<br><br>***Jury Trial Demanded*** |

COMPLAINT - 1

**PATRICK PATTON**
**SALISH SEA LAW GROUP**
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

# I. INTRODUCTION

1.1 Plaintiff, JUAN ALBERTO CASTANEDA MIRANDA, an unmarried father of a minor child, brings this action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b), 1402(b), 2401(b), and 2671-2680; and Washington State Tort Claims Act, RCW 4.92, against the U.S. DRUG ENFORCEMENT ADMINISTRATION (DEA), a U.S. government agency; U.S. FEDERAL BUREAU OF INVESTIGATION (FBI), a U.S. government agency; and U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES (ATF), a U.S. government agency, for their failures to perform mandatory duties and/or for the unconstitutional and/or negligent acts and/or omissions of their officers, officials, agents and/or employees that resulted in the injuries to the Plaintiff and his personal property, related to improper identification and raid of the Plaintiff, his girlfriend at that time, and their apartment and vehicle.

1.2 This tragic series of events occurred on July 17, 2018.

1.3 Plaintiff suffered bodily injuries during this unlawful and illegal raid, requiring emergency surgery; the death of his cat; and the complete destruction of his apartment, its contents and his only personal vehicle.

COMPLAINT - 2

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

1.4 Defendants learned during the raid of Plaintiff, his apartment, his vehicle and his then girlfriend that Defendants had the wrong apartment and wrong person for which they were to conduct the raid.

1.5 Defendants failed to properly identify Plaintiff; they conducted an improper search and seizure and arrest; and caused significant harm to the Plaintiff.  This tragedy was a by-product of their abuse of authority.

1.6 Defendants' failure to carry out their required duties and to properly identify Plaintiff caused significant injury and damage to the Plaintiff.

1.7 If Defendants would have simply followed the laws, regulations and/or procedures, this incident and harm could have been avoided.

## II.    JURISDICTION & VENUE

2.1 This Court has jurisdiction over all causes of action asserted against Defendants pursuant to the Federal Tort Claims Act, 28 U.S.C.S. §§ 1346(b), 2671, et seq., which provides that a suit against the United States is the exclusive remedy in any action for damages for injury or loss of property resulting from the negligent or wrongful act or omission of any employee of the government while acting within the scope of his office or employment.  28 U.S.C.S. § 2679(b)(1).

COMPLAINT - 3

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

2.2   Plaintiff further brings this cause of action against the United States pursuant to 28 U.S.C.S. § 2679(a); 42 U.S.C. § 1983; and 28 U.S.C. § 2674.

2.3   Plaintiff has exhausted his applicable administrative remedies by presenting his claim to the United States and the appropriate federal agencies prior to filing this lawsuit in federal court.  28 U.S.C. § 2675; 28 U.S.C. §§ 1346(b), 2671, et seq.

2.4   Venue is proper in, and Defendants are subject to the personal jurisdiction of, this Court because Defendants maintain facilities and business operations in this District, and all or most of the events giving rise to this action occurred in this District.  28 U.S.C. § 1391(b).

### III.   PARTIES

3.1   Plaintiff, JUAN ALBERTO CASTANEDA MIRANDA, is a citizen of Mexico.  He resides in the United States with approved Deferred Action for Childhood Arrivals (DACA).  Plaintiff resides in Everett, Washington.

3.2   Defendant, U.S. DRUG ENFORCEMENT ADMINISTRATION, is a U.S. government agency, with offices in the state of Washington.

COMPLAINT - 4

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

3.3     Defendant, FEDERAL BUREAU OF INVESTIGATION, is a U.S. government agency, with offices in the state of Washington.

3.4     Defendant, U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES, is a U.S. government agency, with offices in the state of Washington.

## IV.   FACTUAL ALLEGATIONS

4.1     Plaintiff is a citizen and native of Mexico.  He was born on May 25, 1992.

4.2     Plaintiff is the recipient of approved and current Deferred Action for Childhood Arrivals.

4.3     Plaintiff is employed as technician for Comcast.

4.4     Plaintiff is not married.

4.5     Plaintiff has one minor child, a U.S. citizen daughter.

4.6     Other than a couple of speeding tickets, Plaintiff has no criminal history.  He is not and has never been violent nor been seen as a threat to his community.  Plaintiff has not and has never been connected with drug manufacturing, use or sales.

4.7     Plaintiff does not and has never had a license to carry or keep firearms.

COMPLAINT - 5

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

4.8     Plaintiff has had no history of violence and no history of drug offenses.

4.9     On July 13, 2018, the U.S. District Court for the Western District of Washington, Seattle, Washington, issued a Search and Seizure Warrant to search the Plaintiff's apartment at Viking Apartments, 6630 202nd Street SW, Lynnwood, Washington 98036.  This warrant specifically outlined the purpose for this search and seizure - to locate controlled substances, drug paraphernalia, drug transaction records, etc.

4.10    On July 17, 2018, Defendants in this matter raided and destroyed the Plaintiff's apartment, killing his cat, and causing significant injuries to Plaintiff, who required emergency appendectomy surgery.

4.11    On July 17, 2018, Plaintiff and his then girlfriend, Gisela Castaneda, were awakened by loud bangs outside of their apartment; still sleeping, they did not realize what was going on until agents blasted into their apartment and they were suddenly approached by full-armored agents, who came into their bedroom, with multiple guns raised and pointed at them, yelling at Plaintiff and his girlfriend.  They were instructed to get out of bed, but neither one had clothing on.  Ms. Castaneda required a female agent to come to the scene to help Ms. Castaneda dress.

COMPLAINT - 6

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

4.12    Plaintiff and his girlfriend were handcuffed and taken to the living room, where Plaintiff was told to "confess" about the "drug cartels"; however, Plaintiff was not, is not and has not ever been involved with any type of drug trafficking, so he did not know what the agents were referring to and desperately tried to tell agents he did not know anything.  He asked agents to check his identification, so they could make sure they were in the correct apartment, but they refused.

4.13    After Defendants had torn up Plaintiff's apartment and vehicle, nothing was found related to any drug activity by Plaintiff nor his girlfriend.  The Defendants then handed Plaintiff a packet of documents and told him the Defendants had the wrong individuals and the wrong apartment and to complete the claim forms for reimbursement of damages and settlement for all harm and damage.  Defendants failed to discover and reasonably should have discovered by looking at Plaintiff's identification that they were, in fact, in the wrong residence.

4.14    During the July 17, 2018 raid by Defendants of Plaintiff's apartment and his vehicle, it was determined that Defendants had the incorrect person(s) and incorrect apartment.  Eventually, Defendants arrested and

COMPLAINT - 7

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

charged the correct defendants they were looking for and these defendants were charged accordingly.  *See USA v. Urias, et al.*, Case No. 2:18-CR-00174-RAJ.

4.15   Plaintiff has suffered significant personal injuries from the Defendants wrongful arrest, search and seizure and destruction of his personal belongings, and violation of his 4th and 5th Amendment rights.

4.16   Plaintiff presented his claim to the United States and the defendant agencies in this matter.  As of July 7, 2020, the Defendants reported by e-mail that they are still working on determining which agency will take the lead in assessing and adjudicating Plaintiff's claim.  Once this is established, then that Defendant agency will have six (6) months to reach a decision on Plaintiff's claim for damages.

4.17   Plaintiff in this matter had a previous attorney, Jeremiah Styles, Styles Law, which he retained on or about September 2019.  After multiple phone calls and meetings with this attorney, Plaintiff was unable to have this attorney prepare and file a claim more than six (6) months before the statute of limitations.  Plaintiff was required to retain undersigned counsel, therefore, the reason for why the claim was filed less than six months and the reason this lawsuit is being filed – to preserve Plaintiff's statute of limitations in this matter.

///

COMPLAINT - 8

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

## V. FIRST CAUSE OF ACTION

**Fourth Amendment right to be secure in one's person, home, papers, and effects, against unreasonable searches and seizures.**

5.1   Plaintiff incorporates the preceding paragraphs by reference.

5.2   The 4th Amendment of the U.S. Constitution, protects the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures.  Defendants in this matter recklessly and violently entered the Plaintiff's home, destroying all personal property in his home; killing his pet cat; and physically injuring the Plaintiff, wherein he required emergency surgery – only to discover that Defendants had the incorrect person and apartment – all because they would not and did not check Plaintiff's identification, which Plaintiff tried to show the Defendants during this reckless search and seizure.

5.3   All claims alleging that the Defendants in this matter used excessive force – deadly or not – in the course of an arrest, investigatory stop, or other seizure of a free citizen should be analyzed under the 4th Amendment and its reasonableness standard.  In the instant case, Defendants did use excessive force in detaining Plaintiff, killing his cat, injury the Plaintiff and causing him to have emergency surgery.

COMPLAINT - 9

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

5.4     Defendants deprived Plaintiff of his civil rights under 42 U.S.C. § 1983, when they failed to check his government issued identification, instead, arresting and falsely charging Plaintiff with a felony crime, which was allegedly withdrawn by Defendants when they learned they failed to check Plaintiff's identification and had the wrong person and wrong apartment.

5.5     Plaintiff is entitled to punitive damages due to Defendants' conduct.

## VI.     SECOND CAUSE OF ACTION - BATTERY

6.1     Plaintiff incorporates the preceding paragraphs by reference.

6.2     On July 17, 2018, Defendants raided and destroyed Plaintiff's home, vehicle and person.  Defendants reckless physical contact with the Plaintiff during this raid caused physical injuries to the Plaintiff, requiring him to undergo emergency surgery.

6.3     In intentionally, and recklessly, physically harming the Plaintiff during this raid, without privilege or authority to do so, committed battery upon him multiple times during this July 17, 2018 raid by Defendants.

6.4     Plaintiff's damages secondary to the Defendants' conduct include Plaintiff's physical and emotional pain and suffering, medical

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

expenses/damages, home, vehicle and personal belongings expenses/damages, as well as other damages secondary to the actions of the Defendants.

6.5     Plaintiff is entitled to punitive damages due to Defendants' conduct.

### VII.   THIRD CAUSE OF ACTION - EXCESSIVE FORCE

7.1     Plaintiff incorporates the preceding paragraphs by reference.

7.2     The Defendants each had a statutory duty, pursuant to

7.3     Defendants exceeded the minimum amount necessary to diffuse this July 17, 2018 drug raid on Plaintiff and his girlfriend while they were sleeping at their home.  Defendants did not even check Plaintiff's identification to confirm they had the correct home and person(s) despite Plaintiff's plea for them to confirm.

7.4     Defendants reckless physical handling of the Plaintiff during this raid raises an issue of police brutality.  Plaintiff required emergency surgery due to Defendants excessive use of physical force on the Plaintiff.

7.5     Plaintiff's Fourth Amendment rights regarding reasonable search and seizure were violated by Defendants in this matter during this July 17, 2018 drug raid.

COMPLAINT - 11

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

7.6   Plaintiff's Eighth Amendment rights were violated by Defendants in this matter with Defendants' use of cruel and unusual punishment during this July 17, 2018 raid and their unreasonable use of force during this raid.

7.7   Plaintiff was unarmed and non-threatening; and he pled with Defendants to check his identification, so they could see that they had the wrong person(s) and wrong apartment, but Defendants failed to exercise this basic due diligence.

7.8   Defendants were negligent per se.

7.9   Defendants negligence was a direct and proximate cause of Plaintiff's injuries and claimed damages herein.

7.10   Plaintiff is entitled to punitive damages due to the Defendants' conduct.

## VIII. FOURTH CAUSE OF ACTION – NEGLIGENCE & GROSS NEGLIGENCE

8.1   Plaintiff incorporates the preceding paragraphs by reference.

8.2   Each of the Defendants breached their respective duties of reasonable care owed to Plaintiff, which are a direct and proximate cause of Plaintiff's injuries and damages.

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

8.3   Defendants' failures to properly identify the Plaintiff and his girlfriend; failure to confirm that Defendants had the correct apartment; and failure to properly detain the Plaintiff and his girlfriend without use of excessive force; and additional failures in Defendants' July 17, 2018 raid, are substantial factors in Plaintiff's injuries and damages claimed herein.

8.4   Plaintiff is entitled to punitive damages due to Defendants' conduct.

## IX.   JURY DEMAND

9.1   Plaintiff demands a trial by jury of all issues so triable.

## X.   CLAIM FOR DAMAGES

10.1   Plaintiff has suffered special damages from the July 17, 2018 raid by Defendants in this matter in the amount of $75,887.71.

10.2   Plaintiff has suffered damages for pain and suffering from this botched raid by Defendants. These damages will be determined at trial.

10.3   Punitive damages should be awarded to Plaintiff for Defendants reckless and excessive use of force on Plaintiff, only to find that Defendants had raided to wrong house and the wrong person causing excessive damage to Plaintiff and his personal property and loss of work.

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

10.4    Plaintiff lost his girlfriend over this situation.  He required emergency surgery.  Defendants killed his cat during this raid.  Defendants destroyed all of Plaintiff's personal belongings, including his only vehicle, which allowed him to get back and forth to work.  He had time loss from work.  He was forced to move from his apartment because the apartment and his personal belonging had all been destroyed by Defendants.  Plaintiff's name is still not clear from all reporting agencies due to this wrongful and inaccurate raid and arrest of Plaintiff.

10.5    Plaintiff requests that his name be cleared from all records with Defendants and any other reporting agency, so that he will not have this botched and reckless event continue to smear his name legally and socially.

10.6    As a result of the irrational use of excessive force on Plaintiff; the physical, mental and emotional harm inflicted on him during this botched drug raid by Defendants; and the emergency surgery Plaintiff had to undergo and the pain he suffered associated with acute appendicitis are all related to this botched drug raid by Defendants in this matter.

10.7    Plaintiff has a permanent reminder of this botched drug raid on him from the appendectomy scar he has to look at every day – a reminder always of what he went through on July 17, 2018.  This physical remnant of

COMPLAINT - 14

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

federal agents' physical attack on Plaintiff is nothing compared to the emotional trauma that was inflicted on him during this botched raid by Defendants.

10.8   The sense of security Plaintiff once felt in the presence of his own home and with law enforcement officers has been irretrievably broken and replaced with understandable fear.  Because Defendants have still not removed Plaintiff's name from federal records as having been involved in a drug investigation, Plaintiff is still plagued by this disastrous and violent raid on him, his home, his vehicle, his girlfriend and his family cat – continuing to cause him harm when, in fact, Defendants had the wrong apartment and wrong person and would not even check Plaintiff's identification before the destruction and harm occurred.

## XI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands that this Court award the following:

11.1   Compensatory damages in an amount to be shown at trial;

11.2   Punitive damages in an amount to be shown at trial;

11.3   Costs incurred in this action and reasonable attorney fees;

11.4   Prejudgment and post-judgment interest; and

11.5   Such other and further relief the Court deems just and proper.

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

RESPECTFULLY SUBMITTED this 14th day of July 2020.

/s/  *Patrick Patton*
PATRICK PATTON, WSBA 49159
Salish Sea Law Group
4700 42nd Avenue SW, Suite 580
Seattle, WA 98116
(206) 972-5297 – Office
(206) 770-6238 – Facsimile
patrick@salishsealawgroup.com

*Attorney for Plaintiff*

COMPLAINT - 16

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED this 14th day of July 2020.

/s/  Patrick Patton
PATRICK PATTON, WSBA 49159
Salish Sea Law Group
4700 42nd Avenue SW, Suite 580
Seattle, WA 98116
(206) 972-5297 – Office
(206) 770-6238 – Facsimile
patrick@salishsealawgroup.com

*Attorney for Plaintiff*

COMPLAINT - 17

PATRICK PATTON
SALISH SEA LAW GROUP
4700 42nd Avenue SW
Suite 580
Seattle, WA 98116
206.972.5297 (voice)
206.770.6238 (fax)
patrick@salishsealawgroup.com