THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN ALBERTO CASTANEDA MIRANDA, | CASE NO. C20-1081-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| U.S. DRUG ENFORCEMENT ADMINISTRATION, a U.S. government agency, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal and proposed order (Dkt. No. 17). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 28th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk